1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6758
7       Facsimile: (415) 436-6753
        E-Mail: wilson.leung@usdoj.gov
8
    Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA          )     No. 4-12-MJ-70420-MAG
                                      )
15            v.                      )
                                      )     STIPULATION AND ORDER
16  PAUL STEVENSON,                   )     DOCUMENTING WAIVER
                                      )
17            Defendant.              )
                                      )
18  _____ )

19          With the agreement of the parties, and with the consent of the defendant, the Court enters

20  this order vacating the preliminary hearing date of May 23, 2012, setting a new preliminary

21  hearing date for June 6, 2012, at 9:30 a.m., before the duty magistrate judge, extending the time

22  for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time

23  under the Speedy Trial Act to June 6, 2012.  The parties agree and stipulate, and the Court finds

24  and holds, as follows:

25          1.      The defendant, Paul Stevenson, was charged in a complaint dated April 13, 2012

26  with violating 21 U.S.C. §§ 846 (conspiracy to distribute a controlled substance) and 841(a)(1)

27  (distribution of cocaine base).  Stevenson was arrested on or about April 17, 2012, and presented

28  to the Court on April 18, 2012.  On April 19, 2012, Jennifer Schwartz, Esq., was appointed to

represent Stevenson.  On April 25, 2012, Stevenson was ordered detained pending trial, although, at the request of counsel, a further detention hearing was held on May 2, 2012.  A renewed motion for bail by the defense was filed on May 21, 2012.

2.     Since the appointment of counsel, the parties have been trying to resolve this matter prior to the filing of indictment.  These discussions, however, will require more time than the presently-scheduled May 23, 2012 preliminary hearing allows.  Accordingly, the parties respectfully requests that the May 23, 2012 preliminary hearing be continued until June 6, 2012.

3.     Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the defense time for effective preparation and representation by seeking disposition of this matter prior to indictment on agreed-upon terms.

4.     Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the May 23, 2012 preliminary hearing date and extends the time for a preliminary hearing until June 6, 2012, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from today until June 6, 2012 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161.

SO STIPULATED:

DATED: May 22, 2012                         /s/
                                            JENNIFER SCHWARTZ, ESQ.
                                            Attorney for PAUL STEVENSON


DATED: May 22, 2012                         /s/
                                            W.S. WILSON LEUNG
                                            Assistant United States Attorney

//

1

2     IT IS SO ORDERED.

3     DATED: May 22, 2012

4                                              HON. DONNA M. RYU
                                               United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28