JENNIFER SCHWARTZ (SBN135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 4th St, Suite 307
San Rafael, CA 94901
Tel: (415) 460-2888
Fax: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorney for Defendant
PAUL STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL STEVENSON,<br><br>Defendant. | Case No. CR 4-12 70420 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>HEARING |

    A hearing regarding the status of defendant's progress in drug treatment and for reconsideration of his motion for release is currently set for July 9, 2012 at 9:30a.m. Defense counsel will be out of the country on that date. The parties hereby stipulate to continue the hearing to July 11, 2012 at 9:30a in Courtroom 4.

Dated: June 28, 2012                     /s/
                                                 WILSON LEUNG, (CABN 190939)
                                                 Assistant United States Attorney

Dated: June 28, 2012                     /s/
                                                 JENNIFER SCHWARTZ, (SBN 135932)
                                                 Attorney for Defendant
                                                 PAUL STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. **4-12 70420 MAG**
        Plaintiff, ) 
         ) **[PROPOSED] ORDER**
  v. )
PAUL STEVENSON, )
        Defendant. )

GOOD CAUSE APPEARING THEREFOR, this matter will be set for a status hearing on July 11, 2012, at 9:30a.m. in Courtroom 4.

IT IS SO ORDERED.

DATED: July 2, 2012

                                          Hon. Kandis A. Westmore
                                          United States District Court Judge
                                          Northern District of California