JENNIFER SCHWARTZ (SBN135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 4th St, Suite 307
San Rafael, CA 94901
Tel: (415) 460-2888
Fax: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorney for Defendant
PAUL STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br> v.<br><br>PAUL STEVENSON,<br><br>           Defendant. | **Case No.  CR 4-12 70420 MAG**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>HEARING** |

A status hearing is currently set for August 22, 2012 at 9:30a.m.  The parties hereby stipulate to take this hearing off calendar and present all issues regarding status and detention at the existing hearing currently scheduled for August 27, 2012 at 9:30a in Courtroom 4. The current scheduled hearing for August 22, 2012 conflicts with a previously scheduled hearing defendant has before the disability tribunal.

Dated:  August 21, 2012                         /s/
                                WILSON LEUNG, (CABN 190939)
                                Assistant United States Attorney

Dated:  August 21, 2012                         /s/
                                JENNIFER SCHWARTZ, (SBN 135932)
                                Attorney for Defendant
                                PAUL STEVENSON

1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,              )   Case No.  4-12 70420 MAG
                                            )
8              Plaintiff,                    )   [PROPOSED] ORDER
                                            )
9       v.                                   )
                                            )
10   PAUL STEVENSON,                         )
                                            )
11             Defendant.                    )
                                            )
12   _____)

13

14          GOOD CAUSE APPEARING THEREFOR, the hearing set on August 22, 2012 shall be

15   taken off calendar.

16          IT IS SO ORDERED.

17

18   DATED: __August 21, 2012__          _____
                                          Hon. Kandis A. Westmore
19                                        United States District Court Judge
                                          Northern District of California
20

21

22

23

24

25

26

27

28