1  JENNIFER SCHWARTZ (SBN 135932)
   LAW OFFICES OF JENNIFER SCHWARTZ
2  1299 4th St, Suite 307
   San Rafael, CA 94901
3  Tel: (415) 460-2888
   Fax: (415) 460-2730
4  Email: jenniferschwartz@sbcglobal.net

5  Attorney for Defendant
   PAUL STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-0666 PJH |
|---|---|
| Plaintiff, | **STIPULATION RE CONTINUANCE OF IDENTIFICATION OF COUNSEL/INITIAL APPEARANCE HEARING; PROPOSED ORDER** |
| v. | |
| PAUL STEVENSON, | |
| Defendant. | Date: June 5, 2014<br>Time: 9:30 a.m.<br>Judge: Kandis A. Westmore |

Based on the following stipulation, the parties together respectfully request that the Court vacate the currently scheduled hearing for identification of counsel set for June 5, 2014 at 9:30 a.m. and reset the hearing for June 12, 2014 at 9:30 a.m.

The parties agree and stipulate, and the Court finds and holds, as follows:

1. On April 30, 2013, Paul Stevenson pleaded guilty to Count One of the Indictment a violation of 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(B).

2. Defendant was sentenced in this matter, has been released from the Bureau of Prisons, and is currently serving a term of supervised release. The United States Probation

officer has filed a Petition For Summons for Offender Under Supervision ("Form 12") and alleged that the defendant has submitted a second positive drug test.

3. Ms. Schwartz is willing to accept appointment and to represent defendant with respect to the Form 12 but has a schedule conflict on June 5 at 9:30 a.m. More importantly, Ms. Schwartz is in discussions with the Probation Officer in an effort to resolve the outstanding supervision issues without further action on the Form 12.

4. The Special Assistant United States Attorney has been informed of the status as describe above and agrees to continue the June 5 hearing to June 12, at which point the outstanding supervision issues might be resolved between the parties.

5. Defendant Stevenson certifies, by and through his counsel, that he has conferred with opposing counsel and the Probation Officer and that those parties will be available on June 12, 2014 at 9:30 a.m. if this stipulation is approved by the Court.

IT IS SO STIPULATED:

Dated: June 4, 2014                                  /s/
                                                     AMANDA BECK
                                                     Special Assistant United States Attorney

Dated: June 4, 2014                                  /s/
                                                     JENNIFER SCHWARTZ
                                                     Attorney for Defendant
                                                     Paul Stevenson

Based on the stipulation of the parties and with the consent of the defendant, the Court hereby orders the following: The hearing currently set for June 5, 2014 at 9:30 a.m. shall be vacated and instead, a hearing shall be held before this Court on June 12, 2014 at 9:30 a.m.
IT IS SO ORDERED.

DATED: 6/5/14                                        Kandis Westmore
                                                     Kandis A. Westmore
                                                     United States District Court Judge
                                                     Northern District of California